IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 09-cv-1463-AP

CENTER FOR NATIVE ECOSYSTEMS,
BIODIVERSITY CONSERVATION ALLIANCE,
CENTER FOR BIOLOGICAL DIVERSITY,
DEFENDERS OF WILDLIFE, and
NATURAL RESOURCES DEFENSE COUNCIL,

       Petitioners,

v.

KEN SALAZAR, Secretary of the Interior, and
ROWAN GOULD, Director, U.S. Fish & Wildlife Service,

       Respondents,

   and

WYOMING FARM BUREAU FEDERATION and
WYOMING STOCK GROWERS ASSOCIATION,

       Intervenors.

## ORDER GRANTING MOTION TO INTERVENE

Kane, J.

The Motion to Intervene of Wyoming Farm Bureau Federation and Wyoming Stock Growers Association (doc. #4), filed July 23, 2009, is GRANTED. This Court finds that, pursuant to the requirements of Federal Rule of Civil Procedure 24(a), Wyoming Farm Bureau Federation and Wyoming Stock Growers Association are entitled to intervene as of right.

IT IS HEREBY ORDERED Wyoming Farm Bureau Federation and Wyoming Stock Growers Association shall hereby be allowed full rights to participate as a party to this action. In briefing on the merits of the appealed agency action, intervenors shall avoid duplicating the

government's arguments and shall, if possible, file a combined brief.

DATED this 25th day of August, 2009.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior District Judge
United States District Court