IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-1463-AP

CENTER FOR NATIVE ECOSYSTEMS
BIODIVERSITY CONSERVATION ALLIANCE
CENTER FOR BIOLOGICAL DIVERSITY
DEFENDERS OF WILDLIFE, and
NATURAL RESOURCES DEFENSE COUNCIL,

Petitioners,

v.

KEN SALAZAR, Secretary of the U.S. Department of the Interior, and
ROWAN GOULD, Acting Director of the U.S. Fish and Wildlife Service,

Respondents,

WYOMING FARM BUREAU and WYOMING STOCK GROWERS
ASSOCIATION,

Intervenors-Respondents,

and

STATE OF WYOMING,

Applicant in Intervention.

## JOINT CASE MANAGEMENT PLAN

### 1.     APPEARANCES OF COUNSEL

For Petitioners:

Eric Glitzenstein
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C.  20009
Phone: (202) 588-5206
Facsimile: (202) 588-5049
eglitzenstein@meyerglitz.com

Michael Harris
Environmental Law Clinic
University of Denver, Sturm College of Law
2255 East Evans Avenue, Room 365 H
Denver, CO 80208
Phone: (303) 871-7870
Facsimile: (303) 871-6991
mharris@law.du.edu

Jason Rylander
Defenders of Wildlife
1130 17th Street, N.W.
Washington, D.C.  20036
Phone: (202) 682-9400
Facsimile: (202) 682-1331
jrylander@defenders.org

For Respondents:

Michael Eitel
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout Street, 8th Floor, Room 812
Denver, CO 80294
Phone: (303) 844-1479
Facsimile: (303) 844-1350
Michael.Eitel@usdoj.gov

For Intervenors-Respondents:

Ronald W. Opsahl
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
Phone: (303) 292-2021
Facscimle: (303) 292-1980
ropsahl@mountainstateslegal.com

For Applicant in Intervention:

Affie Ellis
Assistant Attorney General
123 Capitol Building

Cheyenne, Wyoming 82002
Phone: (307) 777-7841
Facsimile: (307) 777-3542
aellis@state.wy.us

2.    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 11(g) of the Endangered Species Act, 16

U.S.C. § 1540(g), and 28 U.S.C. § 1331.

3.    **DATES OF FILING OF RELEVANT PLEADINGS**

A.    <u>Date Complaint Was Filed</u>: June 23, 2009

B.    <u>Date Complaint Was Served on U.S. Attorneys' Office</u>: June 29, 2009

C.    <u>Date Answer and Administrative Record Were Filed</u>: The Respondents'

Answer was filed on August 28, 2009.  The Administrative Record has not

yet been filed, but the government proposes to file it by October 30, 2009.

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Because the Administrative Record has yet to be filed and served on the parties, the

parties cannot yet make any statement concerning the adequacy of the record.

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Assuming that a complete Administrative Record is filed, the parties do not anticipate

submitting any additional evidence in this record review case, with the exception of materials

that Petitioners will submit regarding their standing.

6.    **STATEMENT REGARDING WHETHER THE CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

Petitioners are not seeking any preliminary or emergency relief, and the case does not

involve any unusually complicated or out-of-the-ordinary claims or defenses.

### 7.    OTHER MATTERS

There are no other matters that the parties believe need be brought to the Court's attention at this time.

### 8.    PROPOSED BRIEFING SCHEDULE

Because the Administrative Record has not yet been filed, the parties propose the following deadlines for the filing of the record and the briefing schedule:

The Administrative Record will be filed and served on all parties by no later than October 30, 2009.

The parties will have 45 days thereafter to review the Administrative Record, attempt to resolve any issues regarding its adequacy amongst themselves and, if necessary, file any motion with the Court concerning the adequacy of the Administrative Record.

If a motion is filed concerning the adequacy of the Administrative Record, Petitioners' Opening Brief will be due within 45 days after the Court resolves the motion concerning the Administrative Record.  If no motion is filed concerning the adequacy of the Administrative Record, Petitioners' Opening Brief will be due on January 28, 2010.

Respondents' Brief and Intervenors'-Respondents' Briefs will be due on March 15, 2010, or, if the adequacy of the Administrative Record has been challenged, 45 days after the filing of Petitioners' Opening Brief.

Petitioners' Reply Brief will be due on April 14, 2010, or, if the adequacy of the Administrative Record has been challenged, 30 days after the filing of Respondents' and Intervenors-Respondents' Response Briefs.

4

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

A.      Petitioners' Statement: Petitioners request oral argument on the cross-motions for summary judgment.  This case raises a number of important and some novel issues concerning the legal standard for listing and delisting species under the Endangered Species Act, and will also likely involve judicial review of a lengthy Administrative Record.  Accordingly, Petitioners anticipate that oral argument will be of value to the Court in addressing and refining the issues, and in answering any questions the Court may have concerning the Record.

B.      Respondents' and Intervenors-Respondents' Statement: Respondents and Intervenors do not specifically request oral argument.

**10.     STATEMENT REGARDING MAGISTRATE JUDGE**

All of the parties have not consented to the exercise of jurisdiction by a United States Magistrate Judge.

**11.     OTHER MATTERS**

The parties recognize their obligations under Colo.LCivR 7.1( C) regarding motions for extensions of time.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 29th day of September, 2009.

5

APPROVED BY THE COURT:

U.S. District Judge

/s/Eric R. Glitzenstein
Eric R. Glitzenstein
Meyer Glitzenstein & Crystal
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C. 20009
Tel.: (202) 588-5206
Fax: (202) 588-5049
eglitzenstein@meyerglitz.com

/s/Michael Harris
Michael Harris
Environmental Law Clinic
University of Denver, Sturm College
of Law
2255 E. Evans Ave., Room 365H
Denver, Colorado 80208
Tel.: (303) 871-7870
Fax: (303) 871-6991
mharris@law.du.edu

/s/Jason C. Rylander
Jason C. Rylander
Defenders of Wildlife
1130 17th Street, N.W.
Washington, D.C. 20036
Tel.: (202) 682-9400 x 145
Fax: (202) 682-1331
jrylander@defenders.org

Counsel for Petitioners

6

/s/ _____

Michael Eitel
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout Street, 8th Floor, Room 812
Denver, CO 80294
Phone: (303) 844-1479
Facsimile: (303) 844-1350
Michael.Eitel@usdoj.gov

Counsel for Respondents

Ronald W. Opsahl
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
Phone: (303) 292-2021
Facscimle: (303) 292-1980
ropsahl@mountainstateslegal.com

Counsel for Intervenors-Respondents