IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 09-cv-1463-AP

CENTER FOR NATIVE ECOSYSTEMS,
BIODIVERSITY CONSERVATION ALLIANCE,
CENTER FOR BIOLOGICAL DIVERSITY,
DEFENDERS OF WILDLIFE, and
NATURAL RESOURCES DEFENSE COUNCIL,

   Petitioners,
 v.

KEN SALAZAR, Secretary of the Interior, and
ROWAN GOULD, Director, U.S. Fish & Wildlife Service,

   Respondents,

 and

WYOMING FARM BUREAU FEDERATION and
WYOMING STOCK GROWERS ASSOCIATION, and
**STATE OF WYOMING,**

   Intervenors.

## ORDER GRANTING MOTION TO INTERVENE

Kane, J.

  The Motion to Intervene of the State of Wyoming (doc. #16), filed September 8, 2009, is GRANTED. This Court finds that, pursuant to the requirements of Federal Rule of Civil Procedure 24(a), the State of Wyoming is entitled to intervene as of right.

  IT IS HEREBY ORDERED the State of Wyoming shall hereby be allowed full rights to participate as a party to this action. In briefing on the merits of the appealed agency action, intervenors shall avoid duplicating the government's and existing intervenors' arguments and shall, if possible, file a combined brief.

The State of Wyoming's Answer (doc. #16-2) is accepted as filed.  The State of Wyoming shall abide by the deadlines set forth in the Joint Case Management Plan, entered on this date.

DATED this 29th  day of September, 2009.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior District Judge
United States District Court