IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1463-AP**

**CENTER FOR NATIVE ECOSYSTEMS,
BIODIVERSITY CONSERVATION ALLIANCE,
CENTER FOR BIOLOGICAL DIVERSITY,
DEFENDERS OF WILDLIFE, and
NATURAL RESOURCES DEFENSE COUNCIL,**

       Petitioners,

  v.

**KEN SALAZAR, Secretary of the Interior, and
ROWAN GOULD, Director, U.S. Fish & Wildlife Service,**

       Respondents,

  and
**STATE OF WYOMING,
WYOMING FARM BUREAU FEDERATION and
WYOMING STOCK GROWERS ASSOCIATION,**

       Intervenors.

---

### MINUTE ORDER

Judge John L. Kane **ORDERS**

Respondents' Unopposed Motion for Leave to Submit the AR on CD and to be Excused from Filing the AR Electronically (doc. #26), filed October 23, 2009, is **GRANTED**, as follows:  (1) Respondents are excused from filing the AR electronically on the Court's ECF system; (2) Respondents shall submit one or more CDs or DVDs with the contents of the AR; and (3) Respondents may serve the AR in the same manner.

Dated:  October 27, 2009