IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **09-cv-01463-AP**

**CENTER FOR NATIVE ECOSYSTEMS,**
**BIODIVERSITY CONSERVATION ALLIANCE,**
**CENTER FOR BIOLOGICAL DIVERSITY,**
**DEFENDERS OF WILDLIFE, and**
**NATURAL RESOURCES DEFENSE COUNCIL,**

   Petitioners,

v.

**KEN SALAZAR, Secretary of the Interior, and**
**ROWAN GOULD, Director, U.S. Fish & Wildlife Service,**

   Respondents,

 and

**STATE OF WYOMING,**
**WYOMING FARM BUREAU FEDERATION, and**
**WYOMING STOCK GROWERS ASSOCIATION,**

   Interveners.

---

**MEMORANDUM OPINION AND ORDER**

---

**(THIS SPACE INTENTIONALLY LEFT BLANK)**

**Kane, J.**

I have considered the Joint Motion to Stay Proceedings or, in the Alternative, for an Extension of Time, Doc. 48. The parties have shown good cause for the requested stay, and I GRANT the motion and stay all proceedings in this action until October 14, 2010. On or before October 14, 2010, Petitioners and Respondents shall file a joint report on the status of the government's review and a joint motion regarding further proceedings in this case.

Dated: August 17, 2010

                                                **s/John L. Kane**
                                                SENIOR U.S. DISTRICT JUDGE