IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-01463-AP**

**CENTER FOR NATIVE ECOSYSTEMS,**
**BIODIVERSITY CONSERVATION ALLIANCE,**
**CENTER FOR BIOLOGICAL DIVERSITY,**
**DEFENDERS OF WILDLIFE, and**
**NATURAL RESOURCES DEFENSE COUNCIL,**

      Petitioners,

v.

**KEN SALAZAR, Secretary of the Interior, and**
**DAN ASHE, Director, U.S. Fish & Wildlife Service,**[1]

      Respondents,

   and
**STATE OF WYOMING,**
**WYOMING FARM BUREAU FEDERATION, and**
**WYOMING STOCK GROWERS ASSOCIATION,**

      Interveners.

---

**ORDER**

---

**Kane, J.**

Pursuant to the joint stipulation between Petitioners, Center for Native Ecosystems, Biodiversity Conservation Alliance, Center for Biological Diversity, Defenders of Wildlife, and Natural Resources Defense Council ("Petitioners") and Ken Salazar, Secretary of the Interior, and Dan Ashe, Director of the U.S. Fish and Wildlife Service ("Federal Respondents") regarding

---

[1] Automatically substituted for Rowan Gould pursuant to Fed. Rule of Civil Procedure 25(d).

1

costs and fees in this matter ("Stipulated Settlement Agreement"), it is hereby ORDERED that the Stipulation is approved and shall be complied with by Petitioners and Federal Respondents.

Dated: November 15, 2011                      BY THE COURT:

                                                             **/s/ John L. Kane**
                                                            Senior U.S. District Court Judge